IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, PF PRISM C.V., PFIZER MANUFACTURING HOLDINGS LLC and PFIZER PFE IRELAND PHARMACEUTICALS HOLDING 1 B.V., <br><br> Plaintiffs, <br><br> v. <br><br> AIZANT DRUG RESEARCH SOLUTIONS PVT. LTD. and MAKRO TECHNOLOGIES INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. _____ ) ) ) ) ) ) ) |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Plaintiffs Pfizer Inc., Warner-Lambert Company LLC, PF Prism C.V., Pfizer Manufacturing Holdings LLC, and Pfizer PFE Ireland Pharmaceuticals Holding 1 B.V. certifies the following:

- Pfizer Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

- Warner-Lambert Company LLC, PF Prism C.V., Pfizer Manufacturing Holdings LLC and Pfizer PFE Ireland Pharmaceuticals Holding 1 B.V., formerly known as Pfizer PFE Ireland Pharmaceuticals Holding 1 Coöperatief U.A., are wholly-owned by Pfizer Inc., directly or indirectly.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jack B. Blumenfeld* |
| | _____ |
| | Jack B. Blumenfeld (#1014) |
| | Megan E. Dellinger (#5739) |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| OF COUNSEL: | Wilmington, DE 19899-1347 |
| | (302) 658-9200 |
| David I. Berl | jblumenfeld@mnat.com |
| Christopher J. Mandernach | mdellinger@mnat.com |
| Michael Xun Liu | |
| WILLIAMS & CONNOLLY LLP | *Attorneys for Plaintiffs* |
| 725 Twelfth Street, N.W. | |
| Washington, DC  20005 | |
| (202) 434-5000 | |
| | |
| April 25, 2019 | |

2