IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: PALBOCICLIB PATENT LITIGATION | ) ) ) MDL No. 19-2912 (CFC) |
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, PF PRISM C.V., PFIZER MANUFACTURING HOLDINGS LLC, and PF PRISM IMB B.V. | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-743 (CFC) (Consolidated) ) |
| AIZANT DRUG RESEARCH SOLUTIONS PVT. LTD., | ) ) ) |
| Defendant. | ) |
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, PF PRISM C.V., PFIZER MANUFACTURING HOLDINGS LLC, and PF PRISM IMB B.V., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1863 (CFC) ) |
| MYLAN PHARMACEUTICALS, INC. | ) ) ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of (1) *Expert Report of Adam M. Brufsky, MD, PhD*, (2) *Expert Report of Andrew Jennings, PhD*, (3) *Expert Report of Christine S. Meyer, PhD*, (4) *Expert Report of Hiroaki Kiyokawa, PhD, MD*, and (5) *Expert Report of Jeffrey A. Stafford, PhD* were caused to be served on April 19, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Stamatios Stamoulis, Esquire<br>Richard C. Weinblatt, Esquire<br>STAMOULIS & WEINBLATT, LLP<br>800 North West Street, Third Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Aizant Drug Research Solutions Pvt. Ltd.* | BY ELECTRONIC MAIL |
| Ronald M. Daignault, Esquire<br>Richard Juang, Esquire<br>DAIGNAULT IYER LLP<br>8200 Greensboro Drive, Suite 900<br>Mclean, VA  22102<br>*Attorneys for Defendant Aizant Drug Research Solutions Pvt. Ltd.* | BY ELECTRONIC MAIL |
| Bindu A. Palapura, Esquire<br>Alan R. Silverstein, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Alembic Pharmaceuticals, Inc. and Alembic Pharmaceuticals, Ltd.* | BY ELECTRONIC MAIL |
| Steven M. Coyle, Esquire<br>Nicholas Geiger, Esquire<br>CANTOR COLBURN LLP<br>20 Church Street, 22nd Floor<br>Hartford, CT  06103-3207<br>*Attorneys for Defendants Alembic Pharmaceuticals, Inc. and Alembic Pharmaceuticals, Ltd.* | BY ELECTRONIC MAIL |
| Kenneth L. Dorsney, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Defendants Aurobindo Pharma, Ltd., Aurobindo Pharma USA, Inc. and Eugia Pharma Specialties Ltd.* | BY ELECTRONIC MAIL |

| | |
|---|---|
| Sailesh K. Patel, Esquire<br>Joel M. Wallace, Esquire<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL  60606<br>*Attorneys for Defendants Aurobindo Pharma, Ltd., Aurobindo Pharma USA, Inc. and Eugia Pharma Specialties Ltd.* | *BY ELECTRONIC MAIL* |
| Arun J. Mohan, Esquire<br>SCHIFF HARDIN LLP<br>1185 Avenue of the Americas, Suite 3000<br>New York, New York 10036<br>*Attorneys for Defendants Aurobindo Pharma, Ltd., Aurobindo Pharma USA, Inc. and Eugia Pharma Specialties Ltd.* | *BY ELECTRONIC MAIL* |
| Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>600 King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* | *BY ELECTRONIC MAIL* |
| Elaine H. Blais, Esquire<br>Robert Frederickson III, Esquire<br>Joshua Weinger, Esquire<br>Andrew S. McDonough, Esquire<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA  02210<br>*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* | *BY ELECTRONIC MAIL* |
| David E. Moore<br>Stephanie E. O'Byrne<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Mylan Pharmaceuticals Inc.* | *BY ELECTRONIC MAIL* |

| | |
|---|---|
| Deepro R. Mukerjee, Esquire<br>Lance Soderstrom, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY  10022-2585<br>*Attorneys for Defendants Mylan*<br>*Pharmaceuticals Inc.* | *BY ELECTRONIC MAIL* |
| Jitendra Malik, Ph.D.<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, NC  28202<br>*Attorneys for Defendants Mylan*<br>*Pharmaceuticals Inc.* | *BY ELECTRONIC MAIL* |
| Guylaine Haché, Ph.D., Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL  60661-3693<br>*Attorneys for Defendants Mylan*<br>*Pharmaceuticals Inc.* | *BY ELECTRONIC MAIL* |
| Gordon H. Copland, Esquire<br>William J. O'Brien, Esquire<br>STEPTOE & JOHNSON PLLC<br>400 White Oaks Blvd.<br>Bridgeport, WV  26330<br>*Attorneys for Defendants Mylan*<br>*Pharmaceuticals Inc.* | *BY ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>Renée Mosley Delcollo, Esquire<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square, Suite 600<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Natco Pharma, Inc.*<br>*and Natco Pharma, Ltd.* | *BY ELECTRONIC MAIL* |
| B. Jefferson Boggs, Esquire<br>MERCHANT & GOULD PC<br>1900 Duke Street, Suite 600<br>Alexandria, VA  22314<br>*Attorneys for Defendants Natco Pharma, Inc.*<br>*and Natco Pharma, Ltd.* | *BY ELECTRONIC MAIL* |

| | |
|---|---|
| Christopher J. Sorenson, Esquire<br>Karen L. Beckman, Esquire<br>MERCHANT & GOULD PC<br>150 South Fifth Street, Suite 2200<br>Minneapolis, MN  55402<br>*Attorneys for Defendants Natco Pharma, Inc.*<br>*and Natco Pharma, Ltd.* | *BY ELECTRONIC MAIL* |
| John C. Phillips Jr., Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Defendants Zydus*<br>*Pharmaceuticals (USA) Inc., Zydus Worldwide*<br>*DMCC and Cadila Healthcare, Ltd.* | *BY ELECTRONIC MAIL* |
| Michael J. Gaertner, Esquire<br>James Peterka, Esquire<br>Jennifer M. Coronel, Esquire<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL  60606<br>*Attorneys for Defendants Zydus*<br>*Pharmaceuticals (USA) Inc., Zydus Worldwide*<br>*DMCC and Cadila Healthcare, Ltd.* | *BY ELECTRONIC MAIL* |
| Zhibin Li, Ph.D., Esquire<br>LOCKE LORD LLP<br>Brookfield Place, 200 Vesey Street<br>New York, NY  10281<br>*Attorneys for Defendants Zydus*<br>*Pharmaceuticals (USA) Inc., Zydus Worldwide*<br>*DMCC and Cadila Healthcare, Ltd.* | *BY ELECTRONIC MAIL* |

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Megan E. Dellinger* |
| | _____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Megan E. Dellinger (#5739) |
| David I. Berl | 1201 North Market Street |
| Christopher J. Mandernach | P.O. Box 1347 |
| Seth R. Bowers | Wilmington, DE 19899-1347 |
| Michael Xun Liu | (302) 658-9200 |
| Kevin Hoagland-Hanson | jblumenfeld@morrisnichols.com |
| Andrew Hoffman | mdellinger@morrisnichols.com |
| WILLIAMS & CONNOLLY LLP | |
| 725 Twelfth Street, N.W. | *Attorneys for Plaintiffs* |
| Washington, DC 20005 | |
| (202) 434-5000 | |

April 19, 2021

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 19, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

      I further certify that I caused to be served copies of the foregoing document on April 19, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Stamatios Stamoulis, Esquire<br>Richard C. Weinblatt, Esquire<br>STAMOULIS & WEINBLATT, LLP<br>800 North West Street, Third Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendant Aizant Drug Research Solutions Pvt. Ltd.* | *BY ELECTRONIC MAIL* |
| Ronald M. Daignault, Esquire<br>Richard Juang, Esquire<br>DAIGNAULT IYER LLP<br>8200 Greensboro Drive, Suite 900<br>Mclean, VA 22102<br>*Attorneys for Defendant Aizant Drug Research Solutions Pvt. Ltd.* | *BY ELECTRONIC MAIL* |
| Bindu A. Palapura, Esquire<br>Alan R. Silverstein, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants Alembic Pharmaceuticals, Inc. and Alembic Pharmaceuticals, Ltd.* | *BY ELECTRONIC MAIL* |
| Steven M. Coyle, Esquire<br>Nicholas Geiger, Esquire<br>CANTOR COLBURN LLP<br>20 Church Street, 22nd Floor<br>Hartford, CT 06103-3207<br>*Attorneys for Defendants Alembic Pharmaceuticals, Inc. and Alembic Pharmaceuticals, Ltd.* | *BY ELECTRONIC MAIL* |

Kenneth L. Dorsney, Esquire  *BY ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Attorneys for Defendants Aurobindo Pharma,*
*Ltd., Aurobindo Pharma USA, Inc. and Eugia*
*Pharma Specialties Ltd.*

Sailesh K. Patel, Esquire  *BY ELECTRONIC MAIL*
Joel M. Wallace, Esquire
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
*Attorneys for Defendants Aurobindo Pharma,*
*Ltd., Aurobindo Pharma USA, Inc. and Eugia*
*Pharma Specialties Ltd.*

Arun J. Mohan, Esquire  *BY ELECTRONIC MAIL*
SCHIFF HARDIN LLP
1185 Avenue of the Americas, Suite 3000
New York, New York 10036
*Attorneys for Defendants Aurobindo Pharma,*
*Ltd., Aurobindo Pharma USA, Inc. and Eugia*
*Pharma Specialties Ltd.*

Stephen B. Brauerman, Esquire  *BY ELECTRONIC MAIL*
BAYARD, P.A.
600 King Street, Suite 400
Wilmington, DE 19801
*Attorneys for Defendants Dr. Reddy's*
*Laboratories, Inc. and Dr. Reddy's*
*Laboratories, Ltd.*

Elaine H. Blais, Esquire  *BY ELECTRONIC MAIL*
Robert Frederickson III, Esquire
Joshua Weinger, Esquire
Andrew S. McDonough, Esquire
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
*Attorneys for Defendants Dr. Reddy's*
*Laboratories, Inc. and Dr. Reddy's*
*Laboratories, Ltd.*

| | |
|---|---|
| David E. Moore<br>Stephanie E. O'Byrne<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Mylan*<br>*Pharmaceuticals Inc.* | *BY ELECTRONIC MAIL* |
| Deepro R. Mukerjee, Esquire<br>Lance Soderstrom, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY  10022-2585<br>*Attorneys for Defendants Mylan*<br>*Pharmaceuticals Inc.* | *BY ELECTRONIC MAIL* |
| Jitendra Malik, Ph.D.<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, NC  28202<br>*Attorneys for Defendants Mylan*<br>*Pharmaceuticals Inc.* | *BY ELECTRONIC MAIL* |
| Guylaine Haché, Ph.D., Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL  60661-3693<br>*Attorneys for Defendants Mylan*<br>*Pharmaceuticals Inc.* | *BY ELECTRONIC MAIL* |
| Gordon H. Copland, Esquire<br>William J. O'Brien, Esquire<br>STEPTOE & JOHNSON PLLC<br>400 White Oaks Blvd.<br>Bridgeport, WV  26330<br>*Attorneys for Defendants Mylan*<br>*Pharmaceuticals Inc.* | *BY ELECTRONIC MAIL* |

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>Renée Mosley Delcollo, Esquire<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square, Suite 600<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Natco Pharma, Inc.*<br>*and Natco Pharma, Ltd.* | *BY ELECTRONIC MAIL* |
| B. Jefferson Boggs, Esquire<br>MERCHANT & GOULD PC<br>1900 Duke Street, Suite 600<br>Alexandria, VA  22314<br>*Attorneys for Defendants Natco Pharma, Inc.*<br>*and Natco Pharma, Ltd.* | *BY ELECTRONIC MAIL* |
| Christopher J. Sorenson, Esquire<br>Karen L. Beckman, Esquire<br>MERCHANT & GOULD PC<br>150 South Fifth Street, Suite 2200<br>Minneapolis, MN  55402<br>*Attorneys for Defendants Natco Pharma, Inc.*<br>*and Natco Pharma, Ltd.* | *BY ELECTRONIC MAIL* |
| John C. Phillips Jr., Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Defendants Zydus*<br>*Pharmaceuticals (USA) Inc., Zydus Worldwide*<br>*DMCC and Cadila Healthcare, Ltd.* | *BY ELECTRONIC MAIL* |
| Michael J. Gaertner, Esquire<br>James Peterka, Esquire<br>Jennifer M. Coronel, Esquire<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL  60606<br>*Attorneys for Defendants Zydus*<br>*Pharmaceuticals (USA) Inc., Zydus Worldwide*<br>*DMCC and Cadila Healthcare, Ltd.* | *BY ELECTRONIC MAIL* |

Zhibin Li, Ph.D., Esquire
LOCKE LORD LLP
Brookfield Place, 200 Vesey Street
New York, NY  10281
*Attorneys for Defendants Zydus*
*Pharmaceuticals (USA) Inc., Zydus Worldwide*
*DMCC and Cadila Healthcare, Ltd.*

*BY ELECTRONIC MAIL*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

5